1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Angela W. Risner

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | ANGELA W. RISNER,              ) Case No.: EDCV 11-00495 PLA
   |                                )
12 |         Plaintiff,             ) ORDER AWARDING EQUAL
   |                                ) ACCESS TO JUSTICE ACT
13 |    vs.                         ) ATTORNEY FEES AND EXPENSES
   |                                ) PURSUANT TO 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE,             ) AND COSTS PURSUANT TO 28
   | Commissioner of Social Security,) U.S.C. § 1920
15 |                                )
   |         Defendant              )
16 |                                )
17 |_____)

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20     IT IS ORDERED that fees and expenses in the amount of $2,800.00 as

21 authorized by 28 U.S.C. § 2412 and costs in the amount of $350.00 as authorized

22 by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23 DATE:   February 22, 2012                  /s/ Paul L. Abrams

24                                     _____
                                       THE HONORABLE PAUL L. ABRAMS
25                                     UNITED STATES MAGISTRATE JUDGE

26

-1-